UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY BRIAN MALLGREN,

                      Plaintiff,

        -against-

UNITED STATES, ET AL.,

                     Defendants.

25cv2654 (LTS)

CIVIL JUDGMENT

---

      For the reasons stated in the April 2, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  April 4, 2025
          New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                  Chief United States District Judge